# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
    **Clayton Keith Rutan** )    Case No.  17-80451
    **12 E. Landing** )    Chapter  **13**
    **Sanford, NC 27332** )
)
)
)
)
)
)
SS#  **xxx-xx-6199** )
SS# )
    Debtor(s) )

## AMENDED NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **June 9, 2017**.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

## CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I. Plan Payments**

The plan proposes a payment of **$1,850.00** per month for a period of **3** months followed by a payment of **$2,981.00** for **57** months . The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II. Administrative Costs**

    **1. Attorney fees.**

    ☑ The attorney for the Debtor will be paid the base fee of $4,500.00. The Attorney has received $____ from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

    ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

    **2. Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III. Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

    **1. Domestic Support Obligations ("DSO")**

    a. ☑ None

    b. The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

    c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

    d. Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

    **2. Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Harnett County Tax Department** | $0.00 |
| **Internal Revenue Service** | $0.00 |
| **NC Department of Revenue** | $0.00 |
| **NC Employment Security Commission** | $0.00 |

IV.  Secured Claims

    1.  **Real Property Secured Claims**

        a.  ☐ None

        b.  All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Cardinal Financial** | 12 E. Landing Sanford, NC 27332  Harnett County | R | N | $1,409.69 | $1,691.92 | |

    2.  **Personal Property Secured Claims**

        a.  ☐ None

        b.  Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **Northwest Federal Credit Union** | 2015 Ford F250 Crew Cab 4WD XLT | $28,957.50 | Y | $14,396.50 | $190.00 | $585.00 | 6% |
| **SunTrust Bank** | 2015 Jeep Wrangler Sahara 4WD 6 cyl. | $28,303.00 | Y | $0.00 | $256.00 | $572.00 | 6% |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

    3.  **Collateral to be Released**

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **-NONE-** | |

    4.  **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **-NONE-** | |

V.  **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

VI.  **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __0__ %.

VII.  **Executory Contracts/Leases**

a.  ✓ None

b.  The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c.  The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

VIII.  **Special Provisions**

a.  ✓ None

b.  Other classes of unsecured claims and treatment

c.  Other Special Terms


Date:  **June  26, 2017**                    /s/ Brandi L. Richardson
                                             **Brandi L. Richardson 38699**
                                             Attorney for the Debtor
                                             Address:    **PO Box 840**
                                                         **Reidsville, NC 27323**
                                             Telephone:  **336-348-1241**
                                             State Bar No.   **38699**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  )
    **Clayton Keith Rutan** ) **NOTICE TO CREDITORS**
     ) **AND**
     ) **PROPOSED PLAN**
SS#  xxx-xx-6199 )
SS# ) Case No.  17-80451
    Debtor(s) )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Amended Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**- **U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Richard M. Hutson, II**
**Chapter 13 Trustee**- **Durham Division**
**Post Office Box 3613**
**Durham, NC 27702-3613**

**ARS**
**PO Box 469046**
**Escondido, CA 92046**

**ARS National Services Inc.**
**PO Box 463023**
**Escondido, CA 92046**

**AT&T Bankruptcy Department**
**PO Box 769**
**Arlington, TX 76004**

**Attorney General of the United States**
**US Department of Justice**
**950 Pennsylvania Avenue NW**
**Washington, DC 20530-0001**

**Barclay's Bank Delaware**
**PO Box 8802**
**Wilmington, DE 19899**

**Behavioral Healthcare Associates, LLC**
**319 Court Square**
**Sanford, NC 27339**

**Cardinal Financial**
**1 Corporate Drive, Suite 360**
**Lake Zurich, IL 60047-8945**

**Chase Card Services**
**PO Box 15145**
**Wilmington, DE 19850**

**Chase Card Services**
**PO Box 15298**
**Wilmington, DE 19850**

**Citibank, NA/Shell Card**
**PO Box 6406**
**Sioux Falls, SD 57117**

**Credit Bureau of Greensboro**
PO Box 26140
Greensboro, NC 27402

**Credit Collection Service**
Two Wells Avenue
Newton Center, MA 02459

**Credit Collection Services**
725 Canton Street
Norwood, MA 02062

**Harnett County Clerk of Court**
301 W. Cornelius Harnett Blvd.
Lillington, NC 27546

**Harnett County Tax Department**
305 W. Cornelius Harnett Boulevard
Suite 101
Lillington, NC 27546

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
2303 Meadowview Road
Insolvency, Mail Stop 9
Greensboro, NC 27407

**Kathleen Rutan**
12 E. Landing
Sanford, NC 27332

**Lending Club**
71 Stevenson Street, Suite 300
San Francisco, CA 94105

**Military Star**
Exchange Credit Program
PO Box 650410
Dallas, TX 75265

**NC Department of Revenue**
Attn: Reginald S. Hinton, Process Agent
PO Box 25000
Raleigh, NC 27640

**NC Employment Security Commission**
PO Box 26504
Raleigh, NC 27611

**Northwest Federal Credit Union**
PO Box 1229
Herndon, VA 20172

**Paypal Credit**
c/o Comenity Bank
PO Box 5138
Lutherville Timonium, MD 21094

**Portfolio Recovery Associates**
PO Box 41067
Norfolk, VA 23541

**Smith Debnam Attorneys at Law**
PO Box 26268
Raleigh, NC 27611

**SunTrust Bank**
PO Box 26527
Richmond, VA 23261

**Synchrony Bank Bankruptcy Department**
PO Box 965060
Orlando, FL 32896

**Talis Management, LLC**
**8305 Falls of Neuse Road, #200**
**Raleigh, NC 27615**

**US Attorney- Middle District of NC**
**Attn: Civil Process Clerk**
**101 S. Edgeworth Street 4th Floor**
**Greensboro, NC 27401**

**US Department of Defense**
**8899 E. 56th Street**
**Indianapolis, IN 46249**

**US Department of Treasury**
**Debt Management Services**
**PO Box 979101**
**St. Louis, MO 63196**

**USAA**
**10750 W Ih 10**
**USAA Building Bk P3 East**
**San Antonio, TX 78288-1600**

**Wells Fargo Card Services**
**PO Box 522**
**Des Moines, IA 50306**

Date:     **June  26, 2017**                          /s/ Brandi L. Richardson
                                                       **Brandi L. Richardson 38699**